ORIGINAL

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

**MAY 31 2005**

**CLERK, U.S. DISTRICT COURT
By _____
Deputy**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID WADE            )
                      )
V.                    )            3-05-CV-629-B
                      )
DALLAS MORNING NEWS CO. )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 31st day of May, 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE